THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH ASAY, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INC., et al., <br><br> Defendants. | Case No.: **2:18-cv-1608-KJM-EFB** <br><br> **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Current Response date: June 28, 2018 <br> New Response Date: July 30, 2018 |

Having considered the Stipulation to Extend Time for Defendant EQUIFAX INC. ("Equifax"), to respond to the Initial Complaint, and good cause appearing therefor, IT IS HEREBY ORDERED that Equifax shall have up to and including July 30, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

- 1 –

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT